LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
THOMAS G. WILHELM (234980)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
travisd@lerachlaw.com
bgoodman@lerachlaw.com
twilhelm@lerachlaw.com
     – and –
SHAWN A. WILLIAMS (213113)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
swilliams@lerachlaw.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NECA-IBEW PENSION FUND (THE DECATUR PLAN), Derivatively on Behalf of ZORAN CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>UZIA GALIL, et al.,<br><br>　　　　　　　　Defendants,<br><br>　　– and –<br><br>ZORAN CORPORATION, a Delaware corporation,<br><br>　　　　　　　　Nominal Defendant. | No. C-06-03742-PVT<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE |

1     WHEREAS, on June 12, 2006, plaintiff filed a shareholder's complaint against defendants;

2     WHEREAS, the Court issued an Order on June 12, 2006 scheduling an initial case
3 management conference for September 12, 2006; and

4     WHEREAS, the parties have agreed to continue the initial case management conference until
5 October 31, 2006, or as soon thereafter as the matter may be heard.

6     THEREFORE, IT IS STIPULATED AND AGREED by plaintiff and defendants, through
7 their respective counsel of record, that the initial case management conference shall be held on
8 October 31, 2006 at 2:00 p.m., or as soon thereafter as the matter may be heard.

9     IT IS SO STIPULATED.

10 DATED: September 6, 2006     LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
11     SHAWN A. WILLIAMS

13     /s/
    SHAWN A. WILLIAMS

15     100 Pine Street, Suite 2600
    San Francisco, CA 94111
    Telephone: 415/288-4545
16     415/288-4534 (fax)

17     LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
18     TRAVIS E. DOWNS III
    BENNY C. GOODMAN III
19     THOMAS G. WILHELM
    655 West Broadway, Suite 1900
20     San Diego, CA 92101
    Telephone: 619/231-1058
21     619/231-7423 (fax)

22     CAVANAGH & O'HARA
    PATRICK O'HARA
23     407 East Adams Street
    Springfield, IL 62701
24     Telephone: 217/544-1771
    217/544-9894 (fax)

    Attorneys for Plaintiff

STIPULATION AND [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT
CONFERENCE - C-06-03742-PVT     - 1 -

| | |
|---|---|
| DATED: September 6, 2006 | DLA PIPER<br>SHIRLI FABBRI WEISS<br><br>　　　　　　/s/<br>SHIRLI FABBRI WEISS<br><br>401 B Street, Suite 1700<br>San Diego, CA 92101-4297<br>Telephone: 619/699-2700<br>619/699-2701 (fax)<br><br>Attorneys for Defendants |

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE. In compliance with General Order 45, X.B., I hereby attest that Shirli Fabbri Weiss has concurred in this filing.

\*　　\*　　\*

**O R D E R**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: September 8, 2006　　　　　　　　　　/s/ Patricia V. Trumbull
　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE PATRICIA J. TRUMBULL
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

T:\CasesSF\Zoran Derivative\STPO00034504.doc

STIPULATION AND [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT
CONFERENCE - C-06-03742-PVT　　　　　　　　　　　　　　　　　　　　　　　　　　　- 2 -