1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NECA-IBEW PENSION FUND (THE DECATUR PLAN), et al.,<br><br>             Plaintiffs,<br><br>      v.<br><br>UZI GALIL, et al.,<br><br>             Defendants.<br>_____<br>MILTON PFEIFFER, et al.,<br><br>             Plaintiffs,<br><br>      v.<br><br>ZORAN CORP., et al.,<br><br>             Defendants.<br>_____<br>GERALD DEL ROSARIO, et al.,<br><br>             Plaintiffs,<br><br>      v.<br><br>AHARON., et al.,<br><br>             Defendants.<br>_____ | Case No.: C-06-3742   PVT<br>                C-06-5503   PVT<br>                C-06-5949   PVT<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE FOR FILING OF CONSENT OR REQUEST FOR REASSIGNMENT** |

ORDER, *page 1*

On October 24, 2006, Magistrate Judge Patricia V. Trumbull signed an order relating Rosario et al v. Aharon et al., C-06-5949 (the "Rosario case" ) to related cases NECA-IBEW Pension Fund (The Decatur Plan) et al. v. Galil et al., C-06-3742 (the "Decatur Plan case") and Pfeiffer et al. v. Zoran Corp. et al., C-06-5503 (the "Pfeiffer case").[1]  The Decatur Plan and Pfeiffer cases are currently on calendar for a Case Management Conference on October 31, 2006.  In light of the recent relation of a third case,

    IT IS HEREBY ORDERED that:

1. The Case Management Conference scheduled for October 31, 2006 in the Decatur Plan and Pfeiffer cases is continued to November 14, 2006 and shall include the Rosario case;

2. A Joint Case Management Conference Statement for all three cases is due on November 7, 2006; and

3. No later than November 7, 2006 each party in each case shall file either a Consent to Magistrate Judge Jurisdiction or  a Declination and Request for Reassignment to a District Court Judge.[2]

    IT IS SO ORDERED.

Dated: October 24, 2006

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

[2] The appropriate forms are available from the clerk of the court, or from the "forms" section of the court's website (www.cand.uscourts.gov).