**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MURRAY ZUCKER, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>ZORAN CORPORATION, UZIA GALIL, LEVY GERZBERG, KARL SCHNEIDER, ISAAC SHENBERG, RAYMOND A. BURGESS, JAMES D. MEINDL, JAMES B. OWENS, JR., DAVID RYNNE, ARTHUR B. STABENOW, PHILIP M. YOUNG,<br><br>            Defendants.<br>                                                                      / | No. C 06-04843 WHA |
| NECA-IBEW PENSION FUND (THE DECATUR PLAN), derivatively on behalf of ZORAN CORPORATION,<br><br>            Plaintiff,<br><br>   v.<br><br>UZIA GALIL, LEVY GERZBERG, KARL SCHNEIDER, ISAAC SHENBERG, RAYMOND A. BURGESS, JAMES D. MEINDL, JAMES B. OWENS, JR., DAVID RYNNE, ARTHUR B. STABENOW, PHILIP M. YOUNG,<br><br>            Defendants,<br><br>   and<br><br>ZORAN CORPORATION, a Delaware corporation,<br><br>            Nominal Defendant.<br>                                                                      / | No. C 06-03742 WHA |

| | |
|---|---|
| MILTON PFEIFFER, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>ZORAN CORPORATION, UZIA GALIL, LEVY GERZBERG, KARL SCHNEIDER, ISAAC SHENBERG, RAYMOND A. BURGESS, JAMES D. MEINDL, JAMES B. OWENS, JR., DAVID RYNNE, ARTHUR B. STABENOW, AND PHILIP M. YOUNG,<br><br>    Defendants.<br>_____/ | No. C 06-05503 WHA |
| GERALD DEL ROSARIO,<br><br>    Plaintiff,<br><br>  v.<br><br>AHARON AHARON, LEVY GERZBERG, PAUL R. GOLDBERG, CAMILLO MARTINO, KARL SCHNEIDER, ISAAC SHENBERG, ALEX SINAR, UZIA GALIL, JAMES A. MEINDL, JAMES B. OWENS, JR., ARTHUR B. STABENOW,<br><br>    Defendants,<br><br>  and<br><br>ZORAN CORPORATION,<br><br>    Nominal Defendant.<br>_____/ | No. C 06-05949 WHA<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

A case management conference for the four above-captioned cases will be held on **DECEMBER 7, 2006**, at **10:00 A.M.** The motion for appointment of lead plaintiffs and lead counsel in the Zucker action, C 06-4843 WHA, will also be heard at the same time. Any reply brief is still due by November 16, 2006.

At the hearing, in addition to the issues set forth in this Court's supplemental order, counsel should address the extent to which these cases should be related, consolidated, and/or coordinated.

2

The parties must file a joint case management statement by **NOON** on **NOVEMBER 30, 2006.**

**IT IS SO ORDERED.**

Dated:  November 13, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE